# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| NATG HOLDINGS, LLC | ) | Case No. 05-63884 |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| ORIUS TELECOM SERVICES, INC. | ) | Case No. 05-63886 |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| ORIUS CENTRAL OFFICE SERVICES, INC. | ) | Case No. 05-63889 |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| TEXOR, INC. | ) | Case No. 05-63888 |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| CATV SUBSCRIBER SERVICES, INC. | ) | Case No. 05-63877 |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |

CHI1 1436427v.1

| In re: | ) | Chapter 11 |
|---|---|---|
| HATTECH, INC. | ) ) ) | Case No. 05-63880 |
| Debtor. | ) ) | Honorable Judge Bruce W. Black |
| | ) ) ) | Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re: | ) ) | Chapter 11 |
| CHANNEL COMMUNICATIONS, INC. | ) ) ) | Case No. 05-63878 |
| Debtor. | ) ) | Honorable Judge Bruce W. Black |
| | ) ) ) | Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re: | ) ) | Chapter 11 |
| LISN, INC. | ) ) ) | Case No. 05-63883 |
| Debtor. | ) ) | Honorable Judge Bruce W. Black |
| | ) ) | Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re: | ) ) | Chapter 11 |
| COPENHAGEN UTILITIES & CONSTRUCTION , INC. | ) ) ) | Case No. 05-63879 |
| Debtor. | ) ) | Honorable Judge Bruce W. Black |
| | ) ) ) | Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re: | ) ) | Chapter 11 |
| LISN COMPANY | ) ) ) | Case No. 05-63881 |
| Debtor. | ) ) | Honorable Judge Bruce W. Black |
| | ) ) ) | Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |

## **NOTICE OF MOTION**

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, December 19, 2007 at 10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Bruce W. Black**, United States Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the accompanying **Motion for Entry of Final Decree and Order Closing Certain Bankruptcy Cases**, a copy of which is

attached hereto and is hereby served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

Dated: December 14, 2007                    Respectfully submitted,

                                                          THE ORIUS LIQUIDATION TRUST


                                                          /s/ Forrest B. Lammiman
                                                      One of Its Attorneys

                                                      Forrest B. Lammiman
                                                      Timothy W. Brink
                                                      Aaron C. Smith
                                                      Timothy S. McFadden
                                                      Folarin S. Dosunmu
                                                      Lord, Bissell & Brook LLP
                                                      115 South LaSalle Street
                                                      Chicago, IL  60603
                                                      Tel: (312) 443-0675
                                                      Fax: (312) 896-6295

# CERTIFICATE OF SERVICE

    I, Aaron C. Smith hereby certify that I caused a copy of this **Notice of Motion** and the accompanying **Motion for Entry of Final Decree and Order Closing Certain Bankruptcy Cases** to be served upon the parties listed on the attached Service List via facsimile on December 14, 2007.

                                              /s/     Aaron C. Smith

# SERVICE LIST

**United States Trustee**

United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois  60606
Fax: (312) 886-5794

**Agent to the Prepetition Lenders**

Deutsche Bank Trust Company Americas,
as Administrative Agent
31 West 52nd Street
New York, NY  10020
Attention: Robert Wood
Fax: (212) 797-5695

**Governmental Agencies**

Illinois Department of Employment Security
Bankruptcy Unit
33 South State Street
Chicago, IL  60603
Attn:  Darrell Johnson
Telephone:  (312) 793-9475
Fax: (312)793-4350

Internal Revenue Service
230 S. Dearborn Street, Mail Stop 5010 CHI
Attn:  Genora Reed
Chicago, IL 60604
Fax: (312) 566-2826

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL  60601
Telephone:  (312) 814-3704
Fax: (312) 814-4045

**Prepetition Lenders' Counsel**

Matthew J. Botica
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Fax: (312) 558-5700
mbotica@winston.com

**Pre-Petition Creditors' Committee Counsel**

Aaron L. Hammer
Thomas R. Fawkes
**FREEBORN & PETERS LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677
Telephone:  (312) 360-6520
Fax: (312) 360-6520

**Buyers and Counsel to the Buyers**

Hilco Industrial, LLC
Attn:  Eric W. Kaup,Esq.
One Northbrook Place
5 Revere Drive
Suite j206
Northbrook, iL  60062
Email:  ekaup@hilcotrading.com
Fax: (847) 897-0766

Schatz Enterprises, Inc.
Attn:  David Schatz
P.O. Box 92
700 Schatz Lane
Sullivan, MO  63080
Fax:  (636) 742-4990

Michael E. Kaemmerer
McCarthy, Leonard, Kaemmerer, Own,
McGovern & Striler, L.C.
Counsel for Schatz Enterprises, Inc.
400 South Woods Mill Road - Suite 250
Chesterfield, MO 63017
Fax: (314) 392-5221

**Parties Requesting Notice**

| | |
|---|---|
| Kevin B. Duff<br>Edwin L. Durham<br>RACHLIS, DURHAM, DUFF & ADLER, LLC<br>**Counsel for Qwest Corporation**<br>542 S. Dearborn Street, Suite 900<br>Chicago IL 60605<br>Telephone: (312) 733-3390<br>Fax: (312) 733-3952<br>kduff@rddlaw.net<br>eldurham@rddlaw.net | Andrew H. Sherman<br>**SILLS CUMMIS EPSTEIN & GROSS PC**<br>**Counsel for Qwest Corporation**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Fax: (973) 643-6500<br>asherman@ sillscummis.com |
| John Stine<br>GE Commercial Finance Capital Solutions<br>Operations Counsel Special Assets<br>10 Riverway Drive<br>Danbury, CT 06812<br>Telephone: (203) 749-6734<br>Fax: (203) 749-4530<br>Email: john.stine@ge.com | Randall M. Smith<br>**SMITH & BROCKHAGE, LLP**<br>**Counsel for City of Santa Rosa, California**<br>3480 Buskirk Avenue, Suite 200<br>Pleasant Hill, CA 94523<br>Telephone: (925) 296-0636<br>Fax: (925) 296-0640 |
| Brian J. Farrell<br>Patrick C. Wilson<br>**CITY ATTORNEY'S OFFICE**<br>**Counsel for City of Santa Rosa, California**<br>100 Santa Rosa Avenue - Room 8<br>Santa Rosa, CA 95402<br>Telephone: 707-543-3040<br>Fax: (707) 543-3055 | Gene R. Clark<br>HSBC Mortgage Services<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120 |
| Jay A. Kohler<br>**Counsel for K&M Services**<br>**d/b/a K/M Services**<br>482 Constitution Way, Suite 313<br>Idaho Falls, ID 83402<br>Telephone: 208-524-3272<br>Fax: (208) 524-3619 | Darryl S. Laddin<br>Frank N. White<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 210<br>Atlanta, GA 30363-1031<br>Fax: (404) 873-8121 |

Big Shot Underground Utility Specialists, LLC
Robert Cowherd
**CHAPMAN, COWHERD, TURNER & TSCHANNEN, P.C.**
903 Jackson Street
Chillicothe, MO 64601
Telephone: 660-646-0627
Fax: (660) 646-1105
Email: dthompson@ccttlaw.com

Mary E. Lopinot
**MATHIS, MARIFIAN, RICHTER & GRANDY, LTD.**
**Counsel for Delaine Randall**
23 Public Square, Suite 300
P.O. Box 307
Beleville, IL 62220
Telephone: (618) 234-9800
Fax: (618) 234-9786

Eric S. Prezant, Esq
Leslie Allen Bayles, Esq.
**VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.**
**Counsel for Delaine Randall**
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Fax: (312) 609-5005
eprezant@vedderprice.com
lbayles@vedderprice.com

Harold E. McKee
Mary E. Gardner
**RIORDAN, DONNELLY, LIPINSKI & MCKEE LTD.**
**Counsel for Diversified Directional Boring, Inc. and Facteon, Inc.**
10 North Dearborn Street
4th Floor
Chicago, IL 60602
Telephone: (312) 663-9400
Fax: (312) 663-1028

Elizabeth Weller
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**Counsel for Dallas County**
2323 Bryan Street
Suite 1600
Dallas, TX 75201
Telephone: (214) 880-0089
Fax: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

Jed W. Manwaring, Esq.
**EVANS KEANE LLP**
**Counsel for Idaho Power Company**
P.O. Box 959
1405 West Main Street
Boise, ID 83701
Telephone: (208) 384-1800
Fax: (208) 345-3514
Email: jmanwaring@evanskeane.com

Michael M. Eidelman
Ryan O. Lawlor
**VEDDER, PRICE, KAUFMAN & KAUFMAN & KAMHOLZ, P.C.**
**Local Counsel for Idaho Power Company**
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email: meidelman@vedderprice.com
rlawlor@vedderprice.com

Patricia E. Rademacher
Jennifer Rojas
**COSTON & RADEMACHER**
**Counsel for General Electric Capital Corporation**
105 West Adams
Suite #1400
Chicago, IL 60603
Telephone: (312) 205-1010
Fax: (312) 205-1011
Email: prademacher@costonlaw.com
jrojas@costonlaw.com

Kenneth A. Cripe, Esq.
**CONWAY & MROWIEC**
20 S. Clark Street
Suite 750
Chicago, IL 60603
Telephone: (312) 658-1100
Fax: (312) 658-1201
kac@cmcontractors.com

Mark Sorrentino
State of Maryland Department of Labor,
Licensing and Regulation
Office of Unemployment Insurance
Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street
Room 401
Baltimore, MD 21201
Fax: (410) 333-5059

Richard G. Jensen
**FABYANSKE, WESTRA, HART &
THOMSON, P.A.**
800 N. LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 359-7600
Fax: (612) 338-3857

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
Telephone: (573) 751-5531
Fax: (573) 751-7232

Brian J. Farrell
Patrick C. Wilson
**CITY ATTORNEY'S OFFICE**
**Counsel for City of Santa Rosa, California**
100 Santa Rosa Avenue - Room 8
Santa Rosa, CA 95402
Telephone: 707-543-3040
Fax: (707) 543-3055

Francis X. Buckley, Jr.
Seth A. Albin
**THOMPSON COBURN LLP**
**Counsel for Gahr Line and Cable LLC**
One U.S. Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6010
Fax: (314) 552-7010
fbuckley@thompsoncoburn.com
salbin@thompsoncoburn.com

John F. West
**VINSON & ELKINS, L.L.P.**
**Counsel for RLI Insurance Company**
2300 First City Tower
1001 Fannin Street
Houston, TX 77002
Fax: (713) 615-5841
Email: jwest@velaw.com

Anthony L. Leffert
**ROBINSON WATERS O'DORISIO**
1099 18th Street - Suite 2600
Denver, CO 80202-1926
Fax: (303) 297-2750

| | |
|---|---|
| **COUNSEL FOR CASE CREDIT CORPORATION**<br>Gary E. Green<br>William Kent Carter<br>**FAGEL HABER LLC**<br>**Counsel for Case Credit Corporation**<br>55 East Monroe Street<br>Chicago, IL  60603<br>Telephone:  (312) 346-7500<br>Fax:  (312) 782-7115<br>ggreen@fagelhaber.com<br>wcarter@fagelhaber.com | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 1378<br>Macon, GA  31208-3708<br>Telephone:  (478) 405-4001<br>Fax:  (478) 405-4043 |
| Amy Galvin Grogan<br>**GARELLI & ASSOCIATES, P.C.**<br>340 W. Butterfield Road<br>Suite 2A<br>Elmhurst, IL  60126<br>**As Counsel for Defendant:**<br>      **Collins Consulting, Inc.**<br>Telephone:  630-833-5533<br>Fax:  630-833-6855 | John P. Dillman<br>**LINEBARGER COGGAN BLAIR & SAMPSON, LLP**<br>1301 Travis St #300<br>Houston, TX  77002<br>**As Counsel for Defendants:**<br>      **Harris County**<br>      **Dallas County**<br>      **City of Houston ISD**<br>Telephone:  713-844-3478<br>Fax:  713-844-3503<br>houston_bankruptcy@publicans.com |
| Qwest Corporation<br>Attn:  Mark D. Schmidt<br>700 Mineral Ave., MN B1429<br>Littleton, CO  80120<br>Telephone:  303-707-2774<br>Fax:  303-707-7448 | Howard A. Wolf-Rodda<br>**EPSTEIN BECKER & GREEN, P.C.**<br>1227 25th Street, N.W.<br>Suite 700<br>Washington, D.C.  20037<br>**As Counsel for Defendant:**<br>      **Field Support Services, Inc.**<br>Telephone:  202-861-1899<br>Fax:  202-861-3535 |
| Kristine Stamps<br>c/o Qwest Services Corporation<br>200 S. 5th Street, Suite 2300<br>Minneapolis, MN  55402 | Hans U. Stucki<br>Kevin J. Ryan<br>**EPSTEIN BECKER & GREEN, P.C.**<br>150 N. Michigan Avenue<br>Chicago, IL  60601<br>**As Counsel for Defendant:**<br>      **Field Support Services, Inc.**<br>Telephone:  312-845-1948<br>Fax: 312-845-1998 |

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
Telephone: 615-532-2504
Fax: 615-741-3334

Timothy L. Binetti
**RIFFNER, BARBER, ROWDEN & MANASSA**
1834 Walden Office Square
Suite 500
Schaumburg, IL  60173
Telephone:  847-303-0107
Fax:  847-303-6621
**As Counsel for Defendants:**

| | |
|---|---|
| **3C Construction & Landscape, Inc.** | **Direct Buried Construction, Inc.** |
| **JT&T** | **Hanco Utilities** |
| **Beckstrom Construction** | **Metropolitan Underground** |
| **Leeb Underground LLC** | **Services, Inc.** |
| **Christensen Utilities** | **Eagle West, Inc.** |
| **Metro Underground, Inc.** | **Mudman Utilities, Inc.** |
| | **Red Line Tech LLC** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATG HOLDINGS, LLC | ) | Case No. 05-63884 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS TELECOM SERVICES, INC. | ) | Case No. 05-63886 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CENTRAL OFFICE SERVICES, INC. | ) | Case No. 05-63889 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| | ) | |
| TEXOR, INC. | ) | Case No. 05-63888 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |
| In re: | ) | Chapter 11 |
| | ) | |
| CATV SUBSCRIBER SERVICES, INC. | ) | Case No. 05-63877 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 19, 2007 |
| | ) | Hearing Time: 10:30 a.m. |

| | | |
|---|---|---|
| In re:<br><br>HATTECH, INC.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 05-63880<br><br>Honorable Judge Bruce W. Black<br><br>Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re:<br><br>CHANNEL COMMUNICATIONS, INC.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 05-63878<br><br>Honorable Judge Bruce W. Black<br><br>Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re:<br><br>LISN, INC.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 05-63883<br><br>Honorable Judge Bruce W. Black<br><br>Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re:<br><br>COPENHAGEN UTILITIES &<br>CONSTRUCTION , INC.<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 05-63879<br><br>Honorable Judge Bruce W. Black<br><br>Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |
| In re:<br><br>LISN COMPANY<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 05-63881<br><br>Honorable Judge Bruce W. Black<br><br>Hearing Date: December 19, 2007<br>Hearing Time: 10:30 a.m. |

## **MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CERTAIN BANKRUPTCY CASES**

The Orius Liquidation Trust (the "Trust"), by and through Lori Lapin Jones, not individually but solely in her capacity as Trustee of the Orius Liquidation Trust, hereby submits this motion (the "Motion") under 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of a final decree and order (the "Final

Decree and Order") closing the chapter 11 cases of the above captioned debtors (the "Affected Debtors")

## BACKGROUND

1. On December 12, 2005 (the "Petition Date"), each of the Debtors[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court"), commencing the above-captioned chapter 11 cases.

2. On November 16, 2006, this Court approved the Debtors' Plan.[2]

3. The Effective Date of the Plan was December 21, 2006.

4. As of the Effective Date, all of the remaining Property of the Estates was transferred to and vested in the Trust. Effective February 1, 2007, Lori Lapin Jones is the Trustee of the Trust.

5. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334 and pursuant to Article XI of the Plan. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

6. The statutory predicates for the relief requested in this Motion are section 350 of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules.

## RELIEF REQUESTED

7. By this Motion, the Trust requests that this Court enter a Final Decree and Order closing the Affected Debtors' cases, all of which have been fully administered. Orius Corp.,

---

[1] The Debtors are the following entities: Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunication Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company and U.S. Cable, Inc.

[2] Capitalized terms not otherwise define din this Motion shall have the definitions ascribed to them in the Debtors' Second Amended Joint Plan of Liquidation.

- 13 -

Orius Telecommunications Services, Inc., and U.S. Cable, Inc. are the only Debtors not included in the Affected Debtors.

## BASIS FOR RELIEF

8.  Other than Orius Corp., Orius Telecommunications Services, Inc., and U.S. Cable, Inc., the Affected Debtors represent all of the debtors in the above-captioned cases. The Affected Debtors' estates are now fully administered, and all of Affected Debtors' remaining obligations or duties under the Plan have been fulfilled. Accordingly, it is appropriate to close the Affected Debtors' cases at this time.

## APPLICABLE AUTHORITY

9.  Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered "the court shall close the case." Bankruptcy Rule 3022 further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

10. The concept of "fully administered" means "the point when the estate reaches substantial consummation as defined by section 1101(2) of the Bankruptcy Code." In re Wade, 991 F.2d 402, 407, n. 2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

> (2) 'substantial consummation' means-
>
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
>
> (C) commencement of distribution under the plan.

11. In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: 1) when the order confirming the plan

has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced and 4) when all motions, contested matters, and adversary proceedings have been resolved.  In re Xpedior Inc., 354 B.R. 210, 219 (Bankr.N.D.Ill. 2006).

12.    All of the above factors have been met in the Affected Debtors' bankruptcy proceeding: the Effective Date of the Plan was December 21, 2006; the Plan required no distribution of deposits; and there are no unresolved motions, contested matters and adversary proceedings involving the Affected Debtors.

13.    Pursuant to section 6.3(a) of the Plan and section 1141(b) of the Bankruptcy Code, on the Effective Date, all remaining Property of the Estates, including, without limitation, all Avoidance Actions (excluding Avoidance Actions released under any of Sections 4.9, 11.3, 11.4, 11.5 or 11.6 of this Plan), Causes of Action (excluding Causes of Action released under any of Sections 4.9, 11.3, 11.4, 11.5 or 11.6 of this Plan), causes of action on behalf of the Debtors seeking recovery of the Debtors' accounts receivable, L/C Disputes, the Customer Receivables, the Debtors' equitable and contractual rights, including but not limited to their rights as applicants and account parties, under any letters of credit, all rights of the Debtors under the Plan, the Confirmation Order, and all other orders entered by the Bankruptcy Court in the Chapter 11 Cases on or prior to the Effective Date, and all books and records related to the Estates (collectively, the "Transferred Assets"), were transferred to and vested in the Liquidation Trust and are deemed contributed thereto, subject to the terms of the Plan.  By filing this Motion and seeking a final decree in the Affected Debtors' cases, the Trust should not be deemed to have abandoned any Transferred Asset.  The lead case in the Debtors' jointly administered cases, In re Orius Corp., is not subject to this Motion, and the Trust will not seek entry of a final decree regarding In re Orius Corp. until such time as all Transferred Assets have been liquidated.

**NOTICE**

14. Local Rule 3022-1 provides that "[u]nless the court orders otherwise, debtors or parties in interest moving after chapter 11 plan confirmation either to close the case or enter a final decree shall (1) give notice of such motion to the United States Trustee, any chapter 11 trustee, and all creditors, and (2) state within the notice or motion the actual status of payments due to each class under the confirmed plan." Payments, if any, due to each class of creditor under the Plan who have asserted claims against any of the Affected Debtors shall be made from either Orius Corp., Orius Telecommunications Services, Inc., and/or U.S. Cable, Inc. (who are not among the Affected Debtors) under the terms of the Plan. Notice of this Motion has been given to: (a) the United States Trustee; (b) counsel to Deutsche Bank Trust Company Americas, as agent for the Prepetition Lenders; and (d) all parties who have requested notices in the Debtors' cases. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

WHEREFORE, Orius respectfully requests that the Court enter a Final Decree and Order, substantially in the form attached as <u>Exhibit A</u> hereto, (i) closing Affected Debtors' cases, and (ii) granting such other and further relief as the Court may deem proper.

Dated: December 14, 2007          Respectfully submitted,

                                                     THE ORIUS LIQUIDATION TRUST

                                                     /s/ Forrest B. Lammiman
                                                     One of Its Attorneys

                                                     Forrest B. Lammiman
                                                     Timothy W. Brink
                                                     Aaron C. Smith
                                                     Timothy S. McFadden
                                                     Folarin S. Dosunmu
                                                     Lord, Bissell & Brook LLP
                                                     115 South LaSalle Street
                                                     Chicago, IL  60603
                                                     Tel: (312) 443-0675
                                                     Fax: (312) 896-6295